### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JEREMY CURRY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | Case No. 04-2492-CV-KHV |
| ) | |
| **GATES & SONS BARBECUE** ) | |
| **OF KANSAS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER GRANTING STIPULATION FOR DISMISSAL

This matter comes before the Court upon the Stipulation for Dismissal (Doc. #14) of the Plaintiff Jeremy Curry, by his attorney, Kirk D. Holman of Kirk D. Holman, P.C., and Defendant Gates & Sons Barbecue of Kansas, Inc., by its attorneys, Bernard L. Balkin and John L. Hampton of Gilliland & Hayes, P.C., having stipulated that this case has been fully compromised and settled,

**IT IS ORDERED** that this case be dismissed with prejudice, with each party to bear its own costs.

Dated: August 19, 2005

                                                       s/ Kathryn H. Vratil
                                                     Kathryn H. Vratil
                                                     Judge of the U. S. District Court

APPROVED AS TO FORM

  /s/  Bernard L. Balkin
Bernard L. Balkin

  /s/  Kirk D. Holman
Kirk D. Holman